IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-01601-RPM

TEENA J. BOWERSOX,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF EL PASO COUNTY, COLORADO,
EL PASO COUNTY DEPARTMENT OF HUMAN SERVICES,

    Defendant.

_____

ORDER DISCHARGING ORDER TO SHOW CAUSE
_____

Upon consideration of the Response to the Order to Show Cause [4], filed on February 7, 2010, it is

ORDERED that the Order to Show Cause entered by this Court on January 27, 2010, is discharged.

DATED: February 8th, 2010

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge