IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-01601-RPM

TEENA J. BOWERSOX,

        Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF EL PASO COUNTY, COLORADO;
EL PASO COUNTY DEPARTMENT OF HUMAN SERVICES,

        Defendants.

_____

ORDER GRANTING MOTION TO WITHDRAW
_____

        Upon review of George C. Price's Motion to Withdraw [13], filed on May 28,

2010, it is

        ORDERED that the motion is granted and George C. Price and the Law Offices

of George C. Price have no further responsibility as counsel for the plaintiff in this action

and the Clerk is directed to terminate electronic service for George C. Price in this case.

        Dated:   June 1, 2010

                                BY THE COURT:


                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior District Judge