IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-01601-RPM

TEENA J. BOWERSOX,

    Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF EL PASO COUNTY, COLORADO;
EL PASO COUNTY DEPARTMENT OF HUMAN SERVICES,

    Defendants.

---

## ORDER MODIFYING SCHEDULING ORDER

Upon review of the Unopposed Motion to Modify Scheduling Order [18], filed today, it is

ORDERED that the date for completion of depositions is extended to and including October 15, 2010, and the dispositive motions deadline is extended to and including October 22, 2010.

    Dated:   September 15th, 2010

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior Judge