IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-01601-RPM

TEENA J. BOWERSOX,

    Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF EL PASO COUNTY, COLORADO;
EL PASO COUNTY DEPARTMENT OF HUMAN SERVICES,

    Defendants.

## ORDER FOR DISMISSAL

Pursuant to the Notice of Dismissal with Prejudice [22] filed on December 11, 2010, it is

ORDERED that this action is dismissed with prejudice.

Dated:   December 13th, 2010

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge